# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FREDMAN BROS. FURNITURE COMPANY, INC. D/B/A GLIDEAWAY SLEEP PRODUCTS, </br></br> Plaintiff, </br></br> v. </br></br> BEDGEAR, LLC, </br></br> Defendant. | Case No.: 4:16-cv-00083-SPM |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Fredman Bros. Furniture Company, Inc. d/b/a Glideaway Sleep Products ("Glideaway") and Defendant BedGear, LLC ("BedGear"), by and through counsel, hereby jointly stipulate to dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1), and with all attorneys' fees, costs of court and expenses being borne by the party incurring the same.

Dated: June 23, 2016

Respectfully submitted,

*/s/ Jason R. Mudd*
Jason R. Mudd, #25749KS
Megan J. Redmond, #21999KS
Erise IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
jason.mudd@eriseip.com
megan.redmond@eriseip.com

*Counsel for Plaintiff Fredman Bros. Furniture Co., Inc. d/b/a Glideaway Sleep Products*

**Per the parties' stipulation, all pending motions are hereby denied as moot and the matter is DISMISSED, without prejudice. SO ORDERED this 24th day of June, 2016.**

*/s/ Jason S. Meyer*
Daniel A. Crowe (MO #41410)
Jason S. Meyer (MO #64030)
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
Saint Louis, Missouri 63102
(314) 259-2000
(314) 259-2020 (Facsimile)
dacrowe@bryancave.com
jason.meyer@bryancave.com

*Counsel for Defendant BedGear, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing document was served on counsel for all parties appearing in this action via the Court's electronic filing system on June 23, 2016.

                                        /s/ *Jason R. Mudd*
                                        Jason R. Mudd